UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                            :
LUXOTICCA OF AMERICA, INC. d/b/a                            :
LENSCRAFTERS,                                               :
                                                            :
                                Plaintiff,                  :
                                                            :
                -v-                                         :        25 Civ. 9666 (JPC)
                                                            :
THE TRAVELERS COMPANIES, INC.,                             :                ORDER
                                                            :
                                Defendant.                  :
                                                            :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On October 13, 2025, Plaintiff Luxoticca of America, Inc. ("Lenscrafters") initiated this action against Defendant The Travelers Companies, Inc. ("Travelers") in New York Supreme Court, New York County.  Dkt. 1, Exh. A.  On November 20, 2025, Travelers removed the case to federal court.  Dkt. 1.  Now before the Court is Lenscrafters's motion to remand, Dkt. 8, which Travelers does not oppose, *see* Dkts. 4, 6.

As relevant to this case, a "notice of removal of a civil action or proceeding [must] be filed within 30 days after the receipt by the defendant . . . of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b)(1).  Here, all parties agree that Travelers' Notice of Removal was filed more than thirty days after it was served with the Complaint and therefore is untimely.  *See* Dkt. 1 ¶ 11 (Notice of Removal asserting that the Complaint was delivered to Travelers on October 20, 2025); Dkt. 10 (affidavit of counsel for Lenscrafters), Exh. A (affirmation of service reflecting service of the Summons and Complaint on Travelers on October 20, 2025).

The Court thus grants Lenscrafters's motion to remand.  The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: January 23, 2026
New York, New York

JOHN P. CRONAN
United States District Judge